**Andre J. HOWARD, and family members, Plaintiff–Appellant,**

v.

**ABINGDON, VIRGINIA; Washington County, VA; Farmers Mutual Insurance, Defendants–Appellees.**

No. 13–2394.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

Andre J. Howard, Appellant Pro Se.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre J. Howard appeals the district court's order striking Howard's complaint from the docket. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Howard v. Abingdon, VA,* No. 1:13–mc–00076–JPJ (W.D.Va. Oct. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*